FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2020 JAN 13 AM 9: 17

CLERK
SO. DIST. OF GA.

**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

JOEY WINSTON, KING PRINCE )
JOEY VERNNARD WINSTON )
JUNIORS, PRINCESS GWINS, and )
PRINCESS WINSTON, )
　　　　　　　　　　　　　　　　 )
　　　Plaintiffs, )
　　　　　　　　　　　　　　　　 )
v. )　　　CASE NO. CV419-235
　　　　　　　　　　　　　　　　 )
SAVANNAH POLICE DEPARTMENT, )
CHATHAM COUNTY JAIL, and )
METROPOLITAN POLICE )
DEPARTMENT, )
　　　　　　　　　　　　　　　　 )
　　　Defendants. )
_____ )

## O R D E R

　　　Before the Court is the Magistrate Judge's Report and
Recommendation (Doc. 3), to which no objections have been
filed. After a careful review of the record, the report and
recommendation is **ADOPTED** as the Court's opinion in this
case. As a result, Plaintiff's motion to proceed in forma
pauperis (Doc. 2) is **DENIED** and Plaintiff's complaint is
**DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED**
to close this case.

　　　SO ORDERED this _11th_ day of January 2020.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　WILLIAM T. MOORE, JR.
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT
　　　　　　　　　　　　　　　　　　　　　　SOUTHERN DISTRICT OF GEORGIA