# United States District Court
## Southern District of Georgia

JOEY WINSTON, KING PRINCE
JOEY VERNNARD WINSTON
JUNIORS, PRINCESS GWINS, and
PRINCESS WINSTON,

Plaintiffs,

v.

SAVANNAH POLICE DEPARTMENT,
CHATHAM COUNTY JAIL, and
METROPOLITAN POLICE
DEPARTMENT,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:19CV-235

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated January 13, 20202 adopting the Report and Recommendations of the U.S. Magistrate Judge as the opinion of the Court, the Plaintiff's Complaint is dismissed without prejudice. This case stands closed.

01/13/2020
Date

Scott L. Poff
Clerk

*James R. Bunell*
(By) Deputy Clerk

GAS Rev 10/1/03